UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 13-5969-UA (OP)** | Date | **May 2, 2014** |
|---|---|---|---|

| Title | **Vincent Price McCowan v. B Hedrick, et al.** |
|---|---|

| Present: The Honorable | Oswald Parada, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**     **IN CHAMBERS: ORDER TO SHOW CAUSE**

# I.
# Proceedings

On August 14, 2013, Vincent Price McCowan ("Plaintiff") lodged for filing what purports to be a Civil Rights Complaint pursuant 42 U.S.C. § 1983 ("Complaint"). (ECF No. 1.) However, Plaintiff failed to pay the full filing fee of $350 and failed to submit an *in forma pauperis* application in order to proceed without payment of the full filing fee.

Further, Rule 8 of the Federal Rules of Civil Procedure provides that every pleading that states a claim for relief must contain "a short and plain statement of the claim showing that the pleader is entitled to relief," "a demand for relief sought," and "[e]ach allegation must be simple, concise, and direct." Fed. R. Civ. P. 8(a)(2)-(3), (d)(1). A district court has the power to dismiss a complaint when a plaintiff fails to comply with the Federal Rules of Civil Procedure, including Rule 8's "short and plain statement" requirement. See Vakalis v. Shawmut Corp., 925 F.2d 34, 36 (1st Cir. 1991); Mangan v. Weinberger, 848 F.2d 909, 911 (8th Cir. 1988). Here, it is completely unclear what claims, if any, Plaintiff is seeking to raise, who the defendants are, or what the demand for relief is. Thus, the purported Complaint fails to comply with the requirements of Rule 8.

/ / /
/ / /
/ / /
/ / /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-5969-UA (OP) | Date | **May 2, 2014** |
|---|---|---|---|
| Title | **Vincent Price McCowan v. B Hedrick, et al.** | | |

Based the foregoing, Plaintiff is ordered to show cause on or before June 6, 2014, why he should not be required to submit the required filing fee of $350. Alternatively, Plaintiff may submit the filing fee to the clerk's office prior to that date or submit an *in forma pauperis* application in order to proceed without payment of the full filing fee. Plaintiff is admonished that the failure to properly respond to this OSC will result in a recommendation of dismissal of this action without prejudice.

Further, as set forth above, regardless of whether Plaintiff pays the filing fee, Plaintiff has failed to submit a pleading that complies with Rule 8. If Plaintiff still wishes to pursue this action, he shall also have until June 6, 2014, to file an amended Complaint that complies with Rule 8.

Failure to comply with the requirements of this OSC will result in a recommendation that the *in forma pauperis* application be denied for failure to state a claim on which relief may be granted. The failure to properly respond to this OSC will result in a recommendation that the *in forma pauperis* application be denied for failure to prosecute and/or failure to comply with a court order.

The Clerk is directed to provide Plaintiff with a blank Central District Civil Rights Complaint form and a blank *in forma pauperis* application.

**IT IS SO ORDERED.**

cc: All Parties of Record

|  | Initials of Preparer | dts |
|---|---|---|